**KELLEY DRYE & WARREN LLP**
Andreas Becker (State Bar No. 287258)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
abecker@kelleydrye.com

Attorneys for Defendant
Kohl's Department Stores, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHELLE GAMA, | Case No. |
| Plaintiff, | **DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S NOTICE OF REMOVAL OF ACTION** |
| v. | |
| KOHL'S DEPARTMENT STORES, INC., | Action Filed: July 11, 2016 |
| Defendant. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant Kohl's Department Stores, Inc. ("Kohl's") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1446, and Federal Rules of Civil Procedure, Rule 81(c).

## I.     INTRODUCTION

1. This action pending in the Superior Court of the State of California for the County of Los Angeles, Stanley Mosk Courthouse, entitled *Michelle Gama v. Kohl's Department Stores, Inc*, Case No. 16K08711 was commenced on March 17, 2016. Pursuant to 28 U.S.C. § 1446, true and correct copies of the pleadings and other papers served on Kohl's are appended to this Notice of Removal as Exhibit A.

2. Promptly after filing this Notice of Removal, Kohl's will give written notice of the removal to Plaintiffs through her attorneys of record in this action, as well as to the Clerk of the Superior Court of California, County of Los Angeles, Stanley Mosk Courthouse, as required by 28 U.S.C. § 1446(d).

3. Venue is proper in this District under 28 U.S.C. § 1446(a) because this District and Division embraces the county where the California state court action is pending.

4. There are no other defendants named in this action.

## II.    THIS COURT HAS FEDERAL QUESTION JURISDICTION

5. Federal question jurisdiction exists when an action presents a claim "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Indeed, a District Court has original jurisdiction over cases "arising under" federal law pursuant to 28 U.S.C. § 1331.

6. As the appended record demonstrates, this Court has original jurisdiction over this action under 28 U.S.C. § 1331, and is one which may be removed to this Court by Kohl's pursuant to the provisions of 28 U.S.C. § 1441(a), because Plaintiff's claims arise under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq*.

("TCPA"). Specifically, Plaintiff avers in the Complaint that Kohl's placed unwanted calls to Plaintiff's cellular phone number in violation of the TCPA, the Rosenthal Fair Debt Collection Practices Act, California Civil Code §§ 1788, *et seq*. and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

7. In *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740 (2012) the United States Supreme Court held, in a unanimous decision, that the TCPA's grant of jurisdiction to state courts does not deprive federal district courts of federal question jurisdiction over private rights of action with respect to claims arising out of the TCPA.

8. In light of *Mims*, which specifically confers federal question jurisdiction over claims arising under the TCPA, this action is properly removable to this Court.

9. In addition, under 28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction over Plaintiff's Rosenthal Fair Debt Collection Practices Act and Fair Debt Collection Practices Act claims.

### III.  NOTICE OF REMOVAL IS TIMELY

10. The first date upon which Kohl's received a copy of the Complaint was July 15, 2016, when Kohl's was served with a copy of the Complaint and a summons from the Los Angeles County Superior Court. The time for Kohl's to answer the Complaint has not yet elapsed, and this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), because it is filed within 30 days of the time of service upon Kohl's.

### IV.  CONCLUSION

11. WHEREFORE, having provided notice as required by law, the above-entitled action should be removed from the Los Angeles Superior Court.

Dated: August 12, 2016                         KELLEY DRYE & WARREN LLP

                                               By: /s/ Andreas Becker
                                               Andreas Becker
                                               Attorneys for Defendant
                                               Kohl's Department Stores, Inc.