# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GAMA, | Case No.: CV 16-6056-DMG (MRWx) |
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION [24]** |
| vs. | |
| KOHL'S DEPARTMENT STORES INC., | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the parties' Stipulation to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice, in its entirety. The parties shall bear their own costs and attorneys' fees.

DATED: January 31, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE